UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CHERYLANN GELHAUSEN, | ) 1:13CV2311 |
| Plaintiff | ) |
| v. | ) MAG. JUDGE KENNETH S. McHARGH |
| COMMISSIONER OF SOCIAL SECURITY ADMIN., | ) |
| Defendant | ) <u>JUDGMENT ENTRY</u> |

McHARGH, MAG. JUDGE

    Pursuant to the Court's Memorandum and Order filed March 16, 2015, the Court VACATES AND REMANDS the decision of the Commissioner.

    IT IS SO ORDERED.

Dated:  Mar. 16, 2015          /s/ Kenneth S. McHargh
                                                Kenneth S. McHargh
                                                United States Magistrate Judge